MELINDA HAAG (CABN 132612)
United States Attorney

ALEX G. TSE (CABN 152348)
Chief, Civil Division

RAVEN M. NORRIS (CABN 232868)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6915
    FAX: (415) 436-6570
    Raven.Norris@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 02-0101-002 WHA |
| Plaintiff, | [PROPOSED] |
| v. | ORDER GRANTING APPLICATION FOR WRIT OF CONTINUING GARNISHMENT |
| MONIFA TURNER, | |
| Defendant, | |
| KAISER PERMANENTE, | |
| Garnishee. | |

Upon consideration of the United States' Application for Writ of Continuing Garnishment and for good cause shown,

IT IS HEREBY ORDERED that the United States' Application for Writ of Continuing Garnishment is granted.

IT IS FURTHER ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment to Kaiser Permanente, as Garnishee, for the purpose of garnishing property (including

ORDER GRANTING APPLICATION FOR WRIT OF CONTINUING GARNISHMENT
CR 02-0101-002 WHA                          1

nonexempt disposable earnings) in which Monifa Turner ("Defendant") has a substantial nonexempt interest, in order to satisfy the judgment entered in the above-captioned case against the Defendant.

IT IS SO ORDERED.

Dated:  January 13, 2015.

_____
WILLIAM H. ALSUP
United States District Judge

ORDER GRANTING APPLICATION FOR WRIT OF CONTINUING GARNISHMENT
CR 02-0101-002 WHA                                2