1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   ALEX G. TSE (CABN 152348)
3  Chief, Civil Division

4  RAVEN M. NORRIS (CABN 232868)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6915
7      FAX: (415) 436-6570
       Raven.Norris@usdoj.gov
8
   Attorneys for Plaintiff
9

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                                SAN FRANCISCO DIVISION

13

14 | UNITED STATES OF AMERICA,        ) CASE NO. CR 02-0101-002 WHA
                                      )
15 |     Plaintiff,                   ) DISPOSITION ORDER (WAGE GARNISHMENT)
                                      )
16 |   v.                             )
                                      )
17 | MONIFA TURNER,                   )
                                      )
18 |     Defendant,                   )
                                      )
19 |_____     )
                                      )
20 | KAISER PERMANENTE,               )
                                      )
21 |     Garnishee.                   )
                                      )
22 |_____     )

23      The United States has filed its Application for Disposition Order (Writ of Continuing

24 Garnishment).

25 The Court finds that:

26 1.      Judgment debtor and defendant Monifa Turner (hereinafter "Defendant") is indebted to plaintiff

27 United States of America in the original amount of $105,100.00, plus interest, arising out of a Judgment

28

DISPOSITION ORDER
CR 02-0101-002 WHA

entered on February 3, 2003, in the United States District Court for the Northern District of California in the above-captioned case. As of January 5, 2015, the balance due on this debt was $110,002.52.

2. The Court issued its Writ of Continuing Garnishment, directed to the Garnishee Kaiser Permanente, and the Writ was served on the Garnishee.

3. The Garnishee filed an answer to the Writ indicating that at the time of the service of the Writ, the Garnishee owed the Defendant money and will owe the Defendant money in the foreseeable future. The payment type was identified as "wages."

4. The Defendant was notified of her right to a hearing and to object to the Garnishee's Answer. The Defendant has neither requested a hearing nor filed an objection to the Garnishee's Answer, and the time to do so has expired.

Based on the foregoing, and for good cause shown,

IT IS HEREBY ORDERED that the Garnishee, Kaiser Permanente shall pay to the Plaintiff, out of each weekly paycheck, 25% of Defendant's non-exempt disposable earnings under the Order of Withholding From Earnings, and to continue said payments to the Plaintiff until the judgment debt to the Plaintiff is paid in full, until the Garnishee no longer has possession, custody, or control of any earnings belonging to the Defendant, or until further Order of the Court.

Dated: March 16, 2015.

WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

DISPOSITION ORDER
CR 02-0101-002 WHA